Kelvin BROWN, a/k/a Kelvin Demeatri-
us Brown, a/k/a Kelvin D. Brown,
Plaintiff—Appellant,

v.

Willie J. BAMBERG, Deputy Director,
in their individual and official capaci-
ties as Orangeburg Calhoun Regional
Detention Center employees; Horace
James, Chief, in their individual and
official capacities as Orangeburg Cal-
houn Regional Detention Center em-
ployees; Jermaine Downing, in their
individual and official capacities as
Orangeburg Calhoun Regional Deten-
tion Center employees, Defendants—
Appellees.

No. 07–6894.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 17, 2007.

Kelvin Demeatrius Brown, Appellant pro se. Christy Scott Stephens, Bogoslow, Jones, Stephens & Duffie, PA, Walterboro, South Carolina, for Appellees.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Demeatrius Brown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Bamberg*, No. 8:04–cv–22925–TLW, 2006 WL 784735 (D.S.C. Mar. 28 2006) & 2007 WL 1521536, (May 22, 2007). We deny Brown's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*